(89 South. 395)

### KENDRICK v. STATE. (6 Div. 772.)

(Court of Appeals of Alabama. Feb. 15, 1921. Rehearing Denied April 5, 1921.)

Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge.

Robert E. Kendrick was convicted of an offense, and he appeals. Reversed and remanded. Certiorari denied 206 Ala. 6, 89 South. 395.

Goodwyn & Ross, of Bessemer, for appellant. Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

SAMFORD, J. Reversed and remanded on the authority of Stewart v. State of Alabama (6 Div. 773) ante, p. 92, 89 South. 391.